IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BELL III,

    Plaintiff,               No. 2:11-cv-1864 MCE AC PS

    vs.

UNIV. OF CAL. DAVIS MED. CTR., et al.,

    Defendants.         ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 6, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections to the findings and recommendations have been filed.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 6, 2013, are adopted in full (ECF No. 29.);

2. Defendants' motion to dismiss is granted;

3. The following claims are dismissed without leave to amend: Title VII, wrongful termination, FMLA as to the Regents; and

4. Plaintiff is granted leave to amend the remaining claims.

IT IS SO ORDERED.

Date: June 07, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2